## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **GAY SCHAFFER and DAVID SCHAFFER, Individually and on Behalf of all Others Similarly Situated,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| V. ) ) | **CIVIL ACTION NO. SA-23-CA-1204-FB** |
| **COLLINS ASSET GROUP, LLC; FERRUM CAPITAL, LLC; FERRUM II, LLC; FERRUM III, LLC; FERRUM IV LLC; TEXAS FINANCIAL ADVISORY, LLC; BROOKLYN CHANDLER WILLY; MIKE COX; and JOSHUA L. ALLEN,** ) ) ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the status of the above styled and numbered cause. On January 16, 2024, Plaintiffs filed a Motion to Dismiss, acknowledging the lack of subject matter jurisdiction and asking this District Court to dismiss this case without prejudice. (Docket no. 18). No response in opposition to the motion to dismiss was filed. After careful consideration, the motion shall be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Dismiss (contained within docket no. 18) is GRANTED such that the above styled and numbered cause is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 27th day of March, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE