# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **GAY SCHAFFER and DAVID SCHAFFER, Individually and on Behalf of all Others Similarly Situated,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| V. ) ) | **CIVIL ACTION NO. SA-23-CA-1204-FB** |
| **COLLINS ASSET GROUP, LLC; FERRUM CAPITAL, LLC; FERRUM II, LLC; FERRUM III, LLC; FERRUM IV LLC; TEXAS FINANCIAL ADVISORY, LLC; BROOKLYN CHANDLER WILLY; MIKE COX; and JOSHUA L. ALLEN,** ) ) ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order of Dismissal Without Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion to Dismiss (contained within docket no. 18) is GRANTED such that the above styled and numbered cause is DISMISSED WITHOUT PREJUDICE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 27th day of March, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE